UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF PLUMBERS LOCAL 98 DEFINED
BENEFIT PENSION FUND, et al,

        Plaintiffs,

-vs-

MARK H. WARD d/b/a CUT AND CORE
CONCRETE CUTTING, LLC and MARK
H. WARD, individually,

        Defendants.

Case No. 2:20-cv-12665
Hon. Gershwin A Drain
Mag. Kimberly G. Altman

*AsherKelly, PLLC*
DAVID J. SELWOCKI (P51375)
MELISSA M. KELM (P81739)
BRETT A. BORDER (P65534)
Attorneys for Plaintiffs
25800 Northwestern Highway, Suite 1100
Southfield, MI  48075
(248) 746-2759
dselwocki@asherkellylaw.com
mkelm@asherkellylaw.com
bborder@asherkellylaw.com

## DEFAULT JUDGMENT AGAINST DEFENDANTS MARK H. WARD d/b/a CUT AND CORE CONCRETE CUTTING, LLC AND MARK WARD

This matter having come before the Court upon Plaintiffs' Motion for Entry of Default Judgment [ECF No. 9], the Court having conducted a hearing on the motion on June 10, 2021, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that a Default Judgment is entered against Defendants MARK H. WARD d/b/a CUT AND CORE CONCRETE CUTTING, LLC and MARK H. WARD, individually, in the amount of $26,838.05.

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge

Dated:  June 11, 2021

*Prepared By:*
David J. Selwocki (P51375)
AsherKelly, PLLC
Attorneys for Plaintiffs
25800 Northwestern Hwy., Suite 1100
Southfield, MI  48075
(248) 746-2759

W2494668.DOC